JCW PROPS., LLC, James Williams, and Thomas Denault

v.

EVABANK

2110012

Court of Civil Appeals of Alabama.

01/30/2015

Reh. denied

Sarah BAKER

v.

Perry BAKER

2120992

Court of Civil Appeals of Alabama.

01/16/2015

Reh. denied

Harry L. MCCALL and
Vanies D. McCall

v.

MORTGAGE DEPOT, INC.

2121063

Court of Civil Appeals of Alabama.

03/12/2015

Dismissed

LaHendrix HOUSTON

v.

CITY OF BESSEMER et al.

2121080

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed

Juanita STEWART

v.

CITY OF BESSEMER et al.

2121081

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed